**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

DEBTOR: Jorge Luis Marrero_____ JOINT DEBTOR:_____ CASE NO.:_____
Last Four Digits of SS# _5401_____ Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of _60_ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $_570.03_____ for months _1_to _60_; in order to pay the following creditors:

Administrative:    Attorney's Fee - $_3650_ TOTAL PAID $_1500_ Balance Due $_2150_____
                   payable $215 /month  (Months _1_ to _10_)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _Flagship Credit Acceptance_____      Arrearage on Petition Date  $_1169.14_
Address: _POB 965_____      Arrears Payment       $_19.14/month (Months _1_to _60_)
Chadds Ford, PA 19317-000_____      Regular Payment      $_228.39_____ /month (Months _1_to _60_)
Account No: _xxxx1001_____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | _____To _____ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None_____ Total Due  $_____
                               Payable    $_____/month  (Months____to ____) Regular Payment $_____

Unsecured Creditors:  Pay $_50.49/month  (Months _1_to _10_) and Pay $_265.49_ /month  (Months _11_to _60_).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is current with Grand Vista Condo Association, Inc. and Miami Dade Housing Agency and will continue to pay said creditors directly outside the chapter 13 plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____/s/Robert Sanchez, Esq._____      _____
Attorney for the Debtor                   Joint Debtor
Date: _1-9-2017_____                Date:_____

LF-31 (rev. 01/08/10)