RE: Jorge Luis Marrero                    **PRO SE**         Case # 16-26728 AJC

**TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION** (Pre 341)

The Trustee reviewed this case for confirmation and found the following deficiencies from the Trustee's letter requesting documents and prior deficiencies and thus objects as follows:

   Tax returns:
   Bank Account Statements
_____

X  Check copy  CK #253  $478 _____

X  Explain W/D $5K on 11/29, $1500 on 12/15
__ FMV(NADA/Carmax), Reg and Payoff: Vehicles_____
__ FMV and Payoff: Real Estate_____
__ Non homestead Information Sheet
✓ Wage deduction order or motion to waive

**BUSINESS DEBTOR DOCUMENTS**
__ BDQ & attachments    Profit & Loss    Balance Sheet
__ Bank statements and checks    3 months _____
_____
_____

___ Photo ID(s)    LF 90    LF67    LF10
___ Domestic Support Info: name address and phone
     Affidavit of Support
___ 401K Statements
✓ Other provisions 100% Language

___ Plan does not fund
___ Calculation errors/improper months _____
___ Valuation motion has not been filed
___ LMM/MMM motion not filed
✓ Reaffirm, redeem or surrender (Sch D) & G creditor
   - SUNTRUST & US BANK
___ Priority debt on Sch E not in plan
✓ Object or Conform to Proof of Claim
   ___ Miami-Dade County    ___ Tax Certificate(DE#___)
   ___ Dept of Revenue    ___ IRS
Cl #1 Flagship _____

✓ Other: Amend plan-Flagship arrears not Paid in full

__ Fee application (see court guideline 6)
__ Income understated ____ stubs ____ taxes
__ co-debtor ____ stubs ____ taxes
__ Spouse's pay advices/spouse's wages not disclosed
__ Proof of household size (government ID w/ address) and income of all adults
__ Best effort < 36 months < 60 months
__ Expenses objectionable: Sch J ☐ Provide Proof
_____
__ D/I > 100%   < 90%   Feasibility
__ Info on transfer  SOFA _____ undisclosed
   __ Tolling Agreement(s)

__ **Objection to Exemption (specifics to be filed)**
   To be heard with confirmation at 1:30 pm
__ Ch 7 s/b_____ plus tax refund / valuations
__ Good faith to unsecured
✓ Expenses: documentation/calculation: CMI line 16, 25, 41 _____
_____
__ CMI/DI _____ x 60 = _____
☐ Plus income/expenses issues ☐ Trustee est. $____
__ Undervalued collateral should be crammed down

Other:_____
_____
_____
_____

Trustee reserves the right to raise additional objections until all requested documents are timely provided.

*IMPORTANT NOTICE REGARDING CONFIRMATION:* **IF THE DEBTOR(S) OBJECTS TO THE TRUSTEE'S RECOMMENDATION ON THE PUBLISHED CALENDAR, THE DEBTOR'S ATTORNEY MUST CONTACT THE TRUSTEE'S OFFICE AND SPEAK TO AN ATTORNEY BEFORE 2PM THE DAY PRIOR TO THE HEARING OR THE RECOMMENDATION WILL BE DEEMED UNCONTESTED BY THE DEBTOR.** *\*\*The Trustee's calendar will be published prior to the confirmation hearing - contact the Trustee's office on how to locate the calendar on her web site - access is limited. The debtor or debtor's attorney must appear at the confirmation hearing* The debtor may still be dismissed for failure to fund the plan if they are delinquent in payments. Please note: documents that were not timely filed/received by the trustee may not be considered or reviewed until the next hearing date.

**Deficiencies must be cured by 5 pm on** _____2·13·17_____ **to avoid dismissal**

**The Trustee will recommend dismissal of this case unless a) The Trustee receives copies of all requested documents as listed above, b) The Trustee receives a written response with "back-up documentation" of all issues raised, c) The debtor files all amendments, and d) The debtor files and properly serves all motions and self-calendars those motions for the first confirmation hearing.**

I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court. Submitted by NANCY K. NEIDICH CHAPTER 13 TRUSTEE, P.O. BOX 279806, MIRAMAR, FL 33027