# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
## CHAPTER 13 PLAN (Individual Adjustment of Debts)
### 1st amended plan

DEBTOR: Jorge Luis Marrero     JOINT DEBTOR:_____     CASE NO.: 16-26728-AJC
Last Four Digits of SS# 5401     Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A.     $ 370.20    for months 1 to 60 ; in order to pay the following creditors:

<u>Administrative:</u>     Attorney's Fee - $ 3650  TOTAL PAID $ 1500  Balance Due $ 2150
payable $82.69 /month (Months 1 to 26)

<u>Secured Creditors:</u> [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Flagship Credit Acceptance [POC#1]          Arrearage on Petition Date  $ 945.90
Address: POB 965                               Arrears Payment    $ 15.77/month (Months 1 to 60)
Chadds Ford, PA 19317-000                      Regular Payment    $ 228.39   /month (Months 1 to 60)
Account No: xxxx1001

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | ____To____ | |

<u>Priority Creditors:</u> [as defined in 11 U.S.C. §507]

1. None_____     Total Due  $_____
                           Payable    $_____/month (Months____to____) Regular Payment $_____

<u>Unsecured Creditors:</u> Pay $ 6.33/month (Months 1 to 26) and Pay $ 89.02   /month (Months 27 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: The property located at 8851 NW 119th Street Unit 3402-3 Hialeah Gardens, FL 33018-7911 with creditors Grand Vista Condo Association, Inc., Miami Dade Housing Agency, US Bank, and Suntrust Bank will be paid directly to the said creditors and outside the chapter 13 plan.

The debtor(s) will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____               _____
Debtor                                         Joint Debtor
Date: 02-8-17                                  Date:_____

LF-31 (rev. 01/08/10)